Document Stricken
Per Order