JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                                     U.S. District Court

**Place of Offense:**          Under Seal: Yes___ No _X_     Judge Assigned: _____
City _____ Superseding Indictment _____ Criminal Number: _____

County/Parish  Prince William County    Same Defendant _____ New Defendant _X_ _____
                               Magistrate Judge Case Number  1:24-MJ-64      Arraignment Date: _____
                               Search Warrant Case Number  _____
                               R 20/R 40 from District of  _____
                               Related Case Name and No: _____

**Defendant Information:**
**Juvenile --** Yes___ No _X_  **FBI #:** _____ xxxxxL9TJ _____
**Defendant Name:** Rui Jiang _____  **Alias Name(s)** _____
**Address:** Falls Church, VA _____
**Employment:** _____
**Birth date** xx/xx/1988  **SS#** xxx-xx-4715  **Sex** M  **Def Race** __ Asian  **Nationality** _____  **Place of Birth** _____
**Height** _____ **Weight** _____ **Hair** Black  **Eyes** Brown  **Scars/Tattoos** _____
**Interpreter:** _X_ No ___ Yes  **List language and/or dialect** _____  **Automobile Description** _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
_X_ Already in State Custody       ___ On Pretrial Release        ___ Not in Custody
_X_ Arrest Warrant Requested       ___ Fugitive                    ___ Summons Requested
___ Arrest Warrant Pending         ___ Detention Sought            ___ Bond

**Defense Counsel Information:**
Name: _____      ___ Court Appointed       Counsel conflicted out: _____
Address: _____   ___ Retained
Telephone: _____ ___ Public Defender       Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
AUSA: Nicholas Durham   Telephone No: (703) 299-3758   Bar # NY Bar No. 4712741

**Complainant Agency, Address & Phone Number or Person & Title:**
Lindsay L. Coulter, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  18 U.S.C. § 875(c) | Transmit interstate/foreign commerce communication threat to cause bodily injury. | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date: _____   Signature of AUSA: NICHOLAS DURHAM  *Digitally signed by NICHOLAS DURHAM Date: 2024.02.20 16:43:01 -05'00'*